In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LESWOOD REALTY CORPORATION and Another v. JACOB A. MILLER and Another. — Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY KATE GRAY v. NEW YORK TELEPHONE COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MAX SCHWARTZ FUR CO., INC., for an Order Directing Arbitration between MAX SCHWARTZ FUR CO., INC., and WILLIAM HAIM.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

POCANTICO REALTY CORPORATION v. RICHARD BURKE.— Motion granted.— Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALECK MANTON v. MUNSON STEAMSHIP LINES.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANGIOLINA GLIATTA MIRES, as Executrix, etc., of LEONARDO BOSCIA v. MORRIS PLAN COMPANY OF NEW YORK.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HALPERN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GRACE MARY MOORE v. EQUITABLE SURETY COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of RALPH CULVER BENNETT for Admission to the Bar.— Application denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYKAL I. ABDELLA, Appellant, v. SAM WITKIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB SCHLESINGER, INC., Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSHUA HOYLE & SONS, LIMITED, Respondent, v. SHIPLEY-HOLLINS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch and Proskauer, JJ., dissent on the authority of Lange v. Schile (111 App. Div. 613) and Segelken v. Meyer (94 N. Y. 473).

SAN DIEGO PACKING CO., INC., Respondent, v. NATHAN YOHALEM and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.